# KORIBANICS AND KORIBANICS
## ATTORNEYS AT LAW

MICHAEL P. KORIBANICS*

JOHN KORIBANICS
OF COUNSEL
(1921-2002)

685 VAN HOUTEN AVENUE
CLIFTON, N.J. 07013-2197
PHONE (973) 778-1800
FAX (973) 778-3750

<u>Via Efiling</u>

January 16, 2020

Hon. Anne E. Thompson, USDJ
United States District Court
402 East State Street, Room 4W
Trenton, NJ 08608



*Adjournment granted*
*Anne E Thomp USDJ*
*1/17/20*

RE:   USA vs. CARLOS MARTINEZ
      Mag. No. 19-7231

Dear Jude Thompson:

I am been appointed to represent Mr. Martinez, CJA.

With consent of the Government, we ask to have this matter adjourned for 60 days.

We ask this because my client is located in Puerto Rico and due to the distance and the current situation as a result of the earthquakes, it has been very difficult to have contact with him and discuss his case.

Kindly advise this office of your Honor's decision, so I may advise my client accordingly.

Respectfully yours,

Michael P. Koribanics, Esq.

cmr
cc:
Patricia Astorga, AUSA
Carlos Martinez

* "Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney"